**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**WILLIAM FERGUSON**                                                                                   **PLAINTIFF**

**V.**                          **CASE NO.: 1:13CV00021-BD**

**CAROLYN W. COLVIN, Commissioner,**
**Social Security Administration**                                                                **DEFENDANT**

## JUDGMENT

In accordance with the Court's findings of fact and conclusions of law following oral argument by counsel at a hearing held on February 28, 2014, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is AFFIRMED. Judgment is entered in favor of the Commissioner.

So ordered this 5th day of March, 2014.

_____
UNITED STATES MAGISTRATE JUDGE